TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
BENJAMIN K. REITZ, ESQ., Bar No. 13233
breitz@petersonbaker.com
PETERSON BAKER, PLLC
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: 702.786.1001
Facsimile: 702.786.1002

*Attorneys for All Defendants and
Nominal Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN ARANZABE, Derivatively on Behalf of LIVE VENTURES INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>JON ISAAC, TONY ISAAC, RICHARD D. BUTLER, JR., DENNIS (DE) GAO, and TYLER SICKMEYER,<br><br>Defendants,<br><br>and,<br><br>LIVE VENTURES INCORPORATED,<br><br>Nominal Defendant. | Case No. 2:17-cv-01632-KJD-VCF<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FRCP 41(a)(2)** |

WHEREAS, on June 12, 2017, plaintiff Martin Aranzabe ("Plaintiff") filed the above-captioned alleged shareholder derivative action (the "Action") in this Court, asserting claims allegedly on behalf of Nominal Defendant Live Ventures Incorporated ("Nominal Defendant") against Jon Isaac, Tony Isaac, Richard D. Butler, Jr., Dennis (De) Gao, and Tyler Sickmeyer (the "Defendants") for breach of fiduciary duties and unjust enrichment;

WHEREAS, on August 23, 2017, Plaintiff filed a joint "Stipulation to Stay Case Pending Resolution of Securities Litigation" (ECF No. 10) (the "Stipulated Stay") in this

Action, so-ordered by the Court on August 24, 2017 (ECF No. 12), pursuant to which all parties to the Action stipulated to stay the Action until (1) an alleged securities class action filed against the Defendants and Live Ventures Incorporated in this Court on May 5, 2017 (*Keith Kolish v. Live Ventures Incorporated, et. al.*, Case No. 17-cv-1258) (the "Securities Litigation") was dismissed with prejudice by the Court and all appeals had been exhausted; (2) a motion to dismiss the Securities Litigation filed by the defendants in that case was denied; or (3) either of the parties to the Stipulated Stay gave fifteen days' notice that they no longer consented to the voluntary stay;

WHEREAS, on November 3, 2017, the defendants in the Securities Litigation filed a motion to dismiss that complaint for failure to state a claim;

WHEREAS, on November 17, 2017, prior to any decision by the Court on defendants' motion to dismiss the Securities Litigation, all parties in the Securities Litigation filed a "Joint Stipulation of Dismissal Without Prejudice," so-ordered by the Court on November 20, 2017;

WHEREAS, on November 30, 2017, Defendants and Nominal Defendant, by and through their counsel, filed a "Notice of Termination of Stipulated Stay" (ECF No. 15) in this Action, informing the Court that Defendants and Nominal Defendant had given notice to Plaintiff's counsel fifteen days earlier that they no longer consented to the voluntary stay of the Action, thereby terminating the Stipulated Stay pursuant to Paragraph 8 of that document;

WHEREAS, Plaintiff in this Action now seeks voluntarily to dismiss the Action without prejudice to his or any other shareholder's right to re-file the Action in the future; and

WHEREAS, neither Plaintiff nor his counsel has received any consideration for this voluntary dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Action, through their undersigned counsel, that:

1. The Action is DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE; and

///

///

2. The parties to the Action shall bear their own attorneys' fees and other expenses.

Dated this 5th day of December, 2017.

MATTHEW L. SHARP, LTD.

 /s/ Thomas J. McKenna
Matthew L. Sharp, Esq., Bar No. 4746
matt@mattsharplaw.com
432 Ridge Street
Reno, NV 89501
Telephone: 775.324.1500

GAINEY MCKENNA & EGLESTON
Thomas J. McKenna, Esq., *pro hac vice*
tjmckenna@gme-law.com
440 Park Avenue South, 5th Floor
New York, New York 10016
Telephone: 212.983.1300
Facsimile: 212.983.0383

*Attorneys for Plaintiff*

Dated this 5th day of December, 2017.

PETERSON BAKER, PLLC

 /s/ Tamara Beatty Peterson
Tamara Beatty Peterson, Esq., Bar No. 5218
tpeterson@petersonbaker.com
Nikki L. Baker, Esq., Bar No. 6562
nbaker@petersonbaker.com
Benjamin K. Reitz, Esq., Bar No. 13233
breitz@petersonbaker.com
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: 702.786.1001
Facsimile: 702.786.1002

*Attorneys for All Defendants and Nominal Defendant*

## **ORDER**

IT IS SO ORDERED.

Dated this <u>6th</u> day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE